Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-00409-DAD-MJS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS; ORDER** |
| vs. | |
| GODINEZ AUTO BODY PARTS AND REPAIRS INCORPORATED, et al., | |
| Defendants. | |

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), by and through his attorney of record, and Defendant Godinez Auto Body Parts and Repairs Incorporated ("Defendant," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendant to and including May 15, 2017 to file a responsive pleading in this matter (Dkt. 7);

**WHEREAS,** Defendant requires additional time to file its responsive pleading due to unavailability of counsel;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including May 22, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Date: May 12, 2017                MISSION LAW FIRM, A.P.C.

                                  */s/ Zachary M. Best*
                                  Zachary M. Best
                                  Attorneys for Plaintiff
                                  Jose Acosta

Date: May 12, 2017                LAW OFFICES OF STANLEY MA

                                  */s/ Stanley Ma*
                                  Stanley Ma
                                  Attorneys for Defendant
                                  Godinez Auto Body Parts and Repairs
                                  Incorporated

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Godinez Auto Body Parts and Repairs Incorporated, shall have to and including May 22, 2017 within which to file a responsive pleading in case no. 1:17-cv-00409-DAD-MJS.

IT IS SO ORDERED.

Dated: May 12, 2017                    /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE