Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-00409-DAD-MJS |
| Plaintiff, | **STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| GODINEZ AUTO BODY PARTS AND REPAIRS INCORPORTED, et al., | |
| Defendants. | |

STIPULATION FOR EXTENSION OF TIME; ORDER

Page 1

1     **WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), by and through his attorney of record,
2 and Defendant Godinez Auto Body Parts and Repairs Incorporated ("Defendant," and together
3 with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a
4 stipulation granting Defendant to and including May 22, 2017 to file a responsive pleading in
5 this matter (Dkt. 13);

6     **WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a
7 settlement can be reached informally, and desire to conserve attorney's fees which would be
8 incurred in filing the responsive pleading while they exhaust settlement efforts;

9     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
10 that Defendant may have to and including June 5, 2017 to file a responsive pleading in this
11 matter. This extension of time does not alter the date of any event or any deadline already fixed
12 by Court order.

Date: May 22, 2017                                MISSION LAW FIRM, A.P.C.

                                                               */s/ Zachary M. Best*
                                                               Zachary M. Best
                                                               Attorneys for Plaintiff
                                                               Jose Acosta

Date: May 22, 2017                                LAW OFFICES OF STANLEY MA

                                                               */s/ Stanley Ma*
                                                               Stanley Ma
                                                               Attorneys for Defendant
                                                               Godinez Auto Body Parts and Repairs
                                                               Incorporated

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Godinez Auto Body Parts and Repairs Incorporated, shall have to and including June 5, 2017 within which to file a responsive pleading in case No. 1:17-cv-00409-DAD-MJS.

There shall be **no more such extensions** absent new and presently unforeseeable good cause.

IT IS SO ORDERED.

Dated: May 24, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE