Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br> vs.<br>GODINEZ AUTO BODY PARTS AND REPAIRS INCORPORTED, et al.,<br><br>    Defendants. | No. 1:17-cv-00409-DAD-MJS<br><br>**STIPULATION FOR FOURTH EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER** |

1     **WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), by and through his attorney of record,
2 and Defendant Godinez Auto Body Parts and Repairs Incorporated ("Defendant," and together
3 with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a
4 stipulation granting Defendant to and including June 5, 2017 to file a responsive pleading in
5 this matter (Dkt. 16);

6     **WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a
7 settlement can be reached informally, and desire to conserve attorney's fees which would be
8 incurred in filing the responsive pleading while they exhaust settlement efforts;

9     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
10 that Defendant may have to and including June 16, 2017 to file a responsive pleading in this
11 matter. This extension of time does not alter the date of any event or any deadline already fixed
12 by Court order.

14 Date: June 5, 2017                          MISSION LAW FIRM, A.P.C.

                                          */s/ Zachary M. Best*
                                          Zachary M. Best
                                          Attorneys for Plaintiff
                                          Jose Acosta

Date: June 5, 2017                          LAW OFFICES OF STANLEY MA

                                          */s/ Stanley Ma*
                                          Stanley Ma
                                          Attorneys for Defendant
                                          Godinez Auto Body Parts and Repairs
                                          Incorporated

## ORDER

The Parties' Stipulation to grant a Fourth extension of time for Defendant, Godinez Auto Body Parts and Repairs, Inc., to file a responsive pleading in case no. 1:17-cv-00409 is **REJECTED**.

In its May 24, 2017, Order, granting a third requested extension, the Court advised.

> "There shall be **no more such extensions** absent new
> and presently unforeseeable good cause." (Emphasis in original.)

Unless Plaintiff sooner files a request for voluntary dismissal of this action, Defendant shall file its responsive pleading or or before June 9, 2017.

IT IS SO ORDERED.

Dated:   June 7, 2017                     /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

.