Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>GODINEZ AUTO BODY PARTS AND REPAIRS INCORPORTED, et al.,<br><br>    Defendants. | No. 1:17-cv-00409-DAD-MJS<br><br>**REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

WHEREAS, Plaintiff Jose Acosta ("Plaintiff") filed a Notice of Settlement of Entire Action on October 11, 2017 (Dkt. 25);

WHEREAS, in his Notice of Settlement, Plaintiff requested until December 15, 2017, and was graciously given until November 13, 2017 to afford the parties time to complete settlement, and file dispositional documents (Dkt. 26);

WHEREAS, within five (5) business days of receiving the final settlement payment, Plaintiff's counsel shall file a stipulation for dismissal of entire action with prejudice pursuant to the terms of the settlement agreement;

WHEREAS, Plaintiff's counsel anticipates that Defendants will make the final settlement payment by December 11, 2017, which is the deadline agreed upon by the parties when the matter was settled;

NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which dispositional documents must be filed be extended to December 15, 2017.

Dated: November 9, 2017                MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

## **ORDER**

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which dispositional documents must be filed be extended to December 15, 2017.

IT IS SO ORDERED.

Dated:   November 9, 2017            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE